ACCEPTED
03-14-00765-CV
3821571
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 10:35:37 AM
JEFFREY D. KYLE
CLERK

NO. 03–14–00765–CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 10:35:37 AM
JEFFREY D. KYLE
Clerk

NANCY JO RODRIGUEZ

*APPELLANT,*

V.

THE WALGREEN COMPANY AND SARA ELIZABETH MCGUIRE

*APPELLEES.*

On Appeal from the 419th District Court
Travis County, Texas

## NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEES

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Please take notice that Judith R. Blakeway of Strasburger & Price, LLP, is entering an appearance as appellate counsel for Appellees The Walgreen Company and Sara Elizabeth McGuire. Please include Ms. Blakeway on all future correspondence and court notices, as well as copies of all other communications from the Court and from other counsel. Ms. Cynthia Grimes will also continue to serve as appellate counsel for Appellees. Notice of this designation has been provided to all parties.

Respectfully submitted,

*/s/ Judith R. Blakeway*

CYNTHIA DAY GRIMES
State Bar No. 11436600
Cynthia.Grimes@strasburger.com
JUDITH R. BLAKEWAY
State Bar No. 02434400
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
(210) 250-6004 Telephone
(210) 258-2706 Facsimile
judith.blakeway@strasburger.com

**ATTORNEYS FOR APPELLEES
THE WALGREEN COMPANY AND
SARA ELIZABETH MCGUIRE**

# CERTIFICATE OF SERVICE

Pursuant to E-Filing Standing Order, I certify that on January 20, 2015, I electronically filed the foregoing with the Clerk of Court using the EFile.TXCourts.gov electronic filing system which will send notification of such filing to the following:

Lannie Todd Kelly
State Bar No. 24035049
THE CARLSON LAW FIRM, P.C.
11606 N. IH–35
Austin, TX 78753
Telephone: (512) 346–5688
Facsimile: (512) 719–4362
tkelly@carlsonattorneys.com
        *Attorneys for Appellant Nancy Jo Rodriguez*

                                    */s/ Judith R. Blakeway*
                                    JUDITH R. BLAKEWAY